■ THERMALFLASH ELECTRIC HEATER CORP., Respondent-Appellant, v DURAKOOL, INC., Appellant-Respondent, and DONY, INC., Formerly Known as DURAKOOL OF NEW YORK, Respondent.—Appeal from an order of the Supreme Court, Nassau County, dated March 13, 1978, dismissed (see *Matter of Aho,* 39 NY2d 241, 248). Judgment of the same court, entered May 10,

1978, affirmed. No opinion. Plaintiff is awarded one bill of costs payable by defendant Durakool, Inc. Hopkins, J. P., Titone, Margett and Mangano, JJ., concur.